Filed 06/07/10     Case 09-30142     Doc 158

FILED
June 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002687480

```
Lewis Phon, Esq. (Bar # 74907)
LAW OFFICES OF LEWIS PHON
4040 Heaton Court
Antioch, CA 94509
(415) 574-5029 TEL
(925) 706-7600 FAX

Attorney for Debtor
Cecilia Mendez
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| Cecilia Mendez, | CASE NO. 2009-30142 |
| | DCN: LP-9 |
| | MOTION TO APPROVE DISCLOSURE STATEMENT OF DEBTOR, CECILIA MENDEZ |
| DEBTOR. | DATE: AUGUST 4, 2010<br>TIME: 1:00 P.M.<br>COURTROOM: 34<br>JUDGE: HON. ROBERT S. BARDWIL |
| _____/ | |

MOTION FOR APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT:

TO: THE U. S. TRUSTEE, CREDITORS OF THE DEBTOR, PARTIES REQUESTING SPECIAL NOTICE AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a plan of reorganization under Chapter 11 of the Bankruptcy Code was filed on June 7, 2010 and a disclosure statement was filed on June 7, 2010, by debtor, Cecilia Mendez.

The disclosure statement and plan are on file with the Bankruptcy Court and may be viewed during regular hours of business

(9:00 a.m. to 4:30 p.m.) at the U.S. Bankruptcy Court Clerk's office, located at 501 I Street, Clerk's Office, Room 3-200, Sacramento, California 95814.

Requests for copies of the disclosure statement and plan should be in writing and directed to: Lewis Phon of the Law Offices of Lewis Phon, whose address is 4040 Heaton Court, Antioch, California 94509.

NOTICE IS FURTHER HEREBY GIVEN THAT:

The hearing is to consider the approval for distribution of the disclosure statement and plan and will be held at the U.S. Bankruptcy Court, 501 I Street, Sacramento, California 95814. before the Honorable Robert S. Bardwil, Courtroom 34, on August 4, 2010 at 1:00 P. M. or as soon thereafter as the matter may be heard.

Please take further notice that this motion is made pursuant to Bankruptcy Local Rule 9014(f)(1) which provides as follows: "Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions."

Opposition must be served upon the attorney for the debtor

| | |
|---|---|
| 1 | whose address is 4040 Heaton Court, Antioch, California 94509, the |
| 2 | U. S. Trustee, whose address is 501 I Street, Suite 7-500, |
| 3 | Sacramento, California 95814, the debtor whose address is 1079 |
| 4 | Sausalito Way, Tracy, California 95377. any parties requesting |
| 5 | special notice and any other parties as required to be served by |
| 6 | the bankruptcy rules. |
| 7 | |
| 8 | Dated: June 7, 2010         /s/ Lewis Phon |

                                  Lewis Phon
                                  Attorney for Debtor
                                  Cecilia Mendez


-33t