

S. R. Mitchell (SBN 172664)
**Attorney at Law**
**The Making a New Reality, Inc**
1300 Clay Street Suite 600
Oakland, CA 94612
510.836.2097 (ph)/510.380.6531 (fax)
raye@ichope2.com
**Attorney for Boyd Real Property LLC and Inyoung Boyd**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**CECILIA MENDEZ**<br><br>Debetor(s), | Civil Case No.: 09-30142<br><br>Chapter 11<br><br>D.C. No. PD-1<br><br>DECLARATION IN SUPPORT OF OBJECTIONS AND SUPPLEMENTAL OBJECTIONS TO DISCLOSURE STATEMENT AND CONFIRMATION OF CHAPTER 11 PLAN BY RAYE MITCHELL.<br><br>Hearing on Debtor's Amended Disclosure Statement and Plan<br><br>Date: September 29, 2010<br>Time: 1:00 p.m.<br>Judge: Hon. Robert S. Bardwell<br><br>Ctrm: 34 |

I, S. Raye Mitchell, declare as follows:

1. I am an attorney licensed to practice in all courts in the State of California and the United States District Court, Northern California. If called as a witness, I can testify to the following facts based on personal knowledge:

**2.** Attached as an **Exhibit A** is a true and correct copy of a Schedule G obtained from the file of Cecilia Mendez in these proceedings. On June 26, 2009, Debtor submitted Schedule G- Executory Contracts and Unexpired Leases. Debtor stated, "non-residential property lease at 4030A International Blvd, Oakland, CA; commenced in 2004 and ends in Oct 2019. Debtor is the guarantor of the lease. Terracota LLC is the tenant."

3. Attached as **Exhibit B** is the Declaration of Cecilia Mendes and the accompanying schedules material to these proceedings. In her declaration, Debtor alleges under oath that Debtor signed the lease agreement and so indicated that she is the President of Fireside California Group, Inc. Debtor authenticated her signature to said lease agreement by Declaration of Cecilia Mendez filed in the matter of Boyd Real Property LLC vs. Fireside California Group, Alameda County Case No. RG1050088 on June 25, 2010. Debtor did not renounce her signature as President of Fireside California Group.

4. On June 22, 2010, Mario Juarez testified under oath and penalty of perjury at his deposition in the above matter that Cecilia Mendez that Cecilia Mendez was a shareholder and officer of Fireside California Group, Inc. Mario Juarez never testified about an alleged Fruitvale One, Inc and so such company has been found registered with the California Secretary of State. **Exhibit C** of Declaration of Raye Mitchell.

5. All communications from Debtor to Boyd Real Property bear the signature, Cecilia Mendez, Manager or Operations Manager, Mario Juarez Selling Team. Debtor is or was identified as the Manager under staff of the Mario Juarez Selling Team/company at the website

www.mariojuarez.com. **See Declaration of Raye Mitchell. Exhibit D.** Copies of business cards, website printouts and emails of Cecilia Mendez.

6.    Debtor misrepresents the facts of the State Court Action to evict the tenants. Boyd Real Property has a Judgment for Restitution of Premises that has not been set aside. There is no valid Court order establishing Cecilia Mendez or other company Terracotta LLC as tenants. A finding of tenancy for Terracotta LLC as a tenant cannot enter after the judgment has been rendered. Debtor attempts to distract this Court from inquiry into her misrepresentations by focus on a State Court order that vacated the initial writ of possession based on clerical error. Similarly, the second writ of possession was recalled based on clerical error. **See Exhibit E.**

7.    Debtor and her counsel have actual knowledge of a case pending in **Boyd Real Property vs. Mario Juarez, et al, The Unites States District Court, Northern District, C10-03142 THE** seeking to name Debtor personally and her alleged entity Terracotta LLC as defendants. Debtor's counsel filed a declaration in that matter. See **Exhibit F** for a true and complete copy of the Declaration of Lewis Phon and a copy of the actual complaint. Debtor does not explain the failure to disclose. The complaint clearly alleges that Cecilia Mendez will be named as a defendant and the causes of action extend beyond trespass and ejectment. See also Exhibt F for copies of correspondence from Mr. Phon concerning the tenancy of Cecilia Mendez and Terracotta LLC.

8.    In her declaration of June 2010, she alleged that she tendered cash. She said that she received a bill and paid case. The bill she received and paid for was an invoice to Fireside. She paid such for another company, but she says that company is not the tenant. See Declarations of Mendez June 20, 2010 **Exhibit B above**.

9.    On or about March 2, 2010, I sent a letter and email to Lewis Phon and asked Cecilia Mendez and or Terracotta LLC contend that there is a claim of right of possession. Mr. Phon

indicated in the negative in a telephone call. Mr. Phon was aware of the litigation and his duty to protect the rights of his clients if they claimed a right of possession. At a minimum, Mr.Phon was required to file a notice with the Alameda Superior to stay any proceeding as to its clients. He did not. Furthermore, the matter of tenancy of 4030A International Blvd has been reduced to a Judgment for Restitution of Premises and no application to vacate the judgment has been filed by Cecilia Mendez and Terracotta LLC. **See Exhibit E** for copies of correspondence to Mr. Phon.

10. On information and belief, this is the same sister, **Jimena Olmos**, that is also employed or represents that **she is employed by Terracotta LLC**.

11. Attached as **Exhibit H** is a copy of the California Department of Real Estate license statement. The DRE License No American First Financial Corp is **DRE # 01827986.** The license number used by Cecilia Mendez **DRE# 01827986** is the same number that appears on the business card of Cecilia Mendez. See **Exhibit D**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed the date below in Oakland, CA.

Dated: September 23, 2010

                                    By: /s/ S. Raye Mitchell
                                    S. Raye Mitchell

4                                1300 Clay Street Suite 600, Oakland, CA 94612