Filed 09/27/10          Case 09-30142          Doc 193

FILED
September 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002955502

EXHBIT A

B 6G (Official Form 6G) (12/07)

FILED
June 26, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001921364

In re  Cecilia Mendez         ,     Case No._____
              **Debtor**                               **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Victor Sanchez and Maria Angeles Sanchez<br>1535 Henderson Ct, Tracy<br>California 95376 | tenants at 1535 Henderson property. debtor is landlord. Lease is month to month. |
| Inyoung Boyd<br>4030B International Blvd<br>Oakland, California 94601 | non-residential property lease at 4030A International Blvd, Oakland, CA ; commenced in 2004 and ends in Oct 2019. Debtor is the guarantor of the lease. Terracota, LLC is the tenant. |
| Nelson Melendez<br>1079 Sausalito Way<br>Tracy, California 95377 | Debtor orally agreed to buy the single family house at 1079 Sausalito Way, Tracy, CA rom Mr. Melendez who is her brother but was unable to because of her credit. Debtor has a potential equitable iinterest in the property |
| | |
| | |
| | |

Reset                      Save As...        Print