

EXHIBIT C

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

- - -

| | |
|---|---|
| BOYD REAL PROPERTY LLC, ) | Case No. 10500488 |
|     Plaintiff, ) | |
| vs. ) | |
| FIRESIDE CALIFORNIA GROUP, INC; ) MARIO JUAREZ, AN INDIVIDUAL; ) THE MARIO JUAREZ SELLING TEAM; ) MARIO JUAREZ, AS APPARENT AGENT AND) REPRESENTATION OF ALL OCCUPANTS; ) AMERICAN FIRST FINANCIAL CORP., ) | |
|     Defendants. ) | |

VOLUME II

DEPOSITION OF

MARIO JUAREZ

OAKLAND, CALIFORNIA

TUESDAY, JUNE 22, 2010

ATKINSON-BAKER, INC.
COURT REPORTERS
www.depo.com
(800) 288-3376

REPORTED BY: MARYANN P. COSTA RPR, RMR, CSR NO. 5820

FILE NO.: A405CD7

```
 1      Q.   Mr. Juarez, I'm going to show you a second
 2   document.  I would like you to review the doubt; and,
 3   upon review of the document, I'll ask you some questions.
 4                   (Recess taken)
 5      MS. MITCHELL:  We are back on the record, please.
 6      Q.   Mr. Juarez, you've been handed Plaintiff's
 7   Exhibit 2, and, you've been given time to review the
 8   document.
 9      Have you had time to review the document?
10      A.   Yes.
11      Q.   And the document in front of you is identified
12   as a Standard Industrial Commercial Multi-tenant Lease.
13      Have you ever seen this document before?
14      A.   I have.
15      Q.   All right, and, when was the first time you've
16   seen this document?
17      A.   Around 2004.
18      Q.   And, at the time that this document was,
19   originally, executed in or about 2004 --
20      MS. JORDENING:  Document wasn't executed.
21      MS. MITCHELL:  Q.  -- were you an officer of the
22   corporation of Fireside California Group?
23      A.   I believe I was.
24      Q.   What capacity did you have, at that time, about
25   2004, in or about December?
```

```
 1            A.   I think I was their CEO.
 2            Q.   Okay.
 3            Were there other officers in the company at that
 4       time?
 5            A.   Yes.
 6            Q.   Who were the other officers?
 7            Q.   Cecelia Mendez.
 8            Q.   Is that who executed this document on behalf of
 9       the corporate tenant named in this document?
10            A.   It appears that way.
11            Q.   Do you recognize the signature to be that of
12       Cecelia Mendez?
13            A.   I do.
14            Q.   Do you have a reason to believe that that's not
15       her signature?
16            A.   To the extent that this is a photocopy, to the
17       extent that it came from you, to the extent that it seems
18       to have additional writings on the face of the document.
19            Q.   I asked you the question, again, do you have
20       any reason to believe that that signature is not her
21       signature?
22            A.   May have reasons, yes.
23            Q.   Okay.
24            What facts do you have that that signature is not
25       the signature of Cecelia Mendez?
```

```
 1          A.   It doesn't -- it's not a -- it's a photocopy --
 2   the document -- it seems to have been manipulated.
 3          MS. JORDENING:  Just, please, answer the question.
 4          Does it look like her signature or not?
 5          THE WITNESS:  Is that the question?
 6          Does it look like her signature?
 7          MS. MITCHELL:  Q.  Do you have a reason to believe
 8   that it's not her signature, sir?
 9          A.   It looks like her signature.
10          Q.   Thank you.
11          All right.
12          Are you aware of any written document amending or
13   modifying this written agreement -- yes or no -- at any
14   time?
15          A.   I'm sorry?
16          Clarify that again.
17          Am I aware --
18          Q.   Of any written agreement modifying this
19   document at any time; it's a yes-or-no response.
20          A.   No.
21          Q.   No, you're not aware, or, no, such document
22   exists?
23          A.   Well, you asked for yes or no.  I answered yes
24   or no.
25          Q.   Now, I'm asking you to clarify.
```