FILED
September 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002955506

**Cecilia Mendez**

---

**From:** Cecilia Mendez
**Sent:** Tuesday, October 06, 2009 3:08 PM
**To:** 'chie palisoc'
**Subject:** RE: Rent Payment - Oct 09
**Attachments:** 20091006160135928.pdf

It looks like it was deposited in a wrong bank account. I will straight this out.

Cecilia

Cecilia Mendez
THE MARIO JUAREZ *Selling Team!*
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281

---

**From:** chie palisoc [mailto:chiepalisoc@yahoo.com]
**Sent:** Tuesday, October 06, 2009 2:34 PM
**To:** Cecilia Mendez
**Subject:** Re: Rent Payment - Oct 09

Cecilia:

Have you deposited the check?

thanks,

chie

--- On **Mon, 10/5/09, Cecilia Mendez** *<ceciliam@mariojuarez.com>* wrote:

> From: Cecilia Mendez <ceciliam@mariojuarez.com>
> Subject: Rent Payment - Oct 09
> To: chiepalisoc@yahoo.com
> Cc: inyoungboyd@gmail.com
> Date: Monday, October 5, 2009, 7:56 PM
>
> The following will be deposited tomorrow into your account and constitutes the rent payment of October 2009.
>
> Cecilia Mendez
>
> Cecilia Mendez
> THE MARIO JUAREZ Selling Team!
> 4030A International Blvd
> Oakland, California 94601
> P:510-532-1111
> F:800-706-2281

12/3/2009

-----Original Message-----
From: COPIER2 [mailto:COPIER2]
Sent: Monday, October 05, 2009 5:52 PM
To: Mario Juarez; Cecilia Mendez
Subject:

This E-mail was sent from "COPIER_2" (Aficio 2015).

Scan Date: 10.05.2009 20:52:00 (-0400)
Queries to: COPIER2

12/3/2009

**Wells Fargo Bank**
**Transaction Record**

Store # 00147-19                    Deposit

Account Number                      Amount
XXXX-XX4779                         $3,486.78
00114

Transaction # 031 0037
10:49AM   10/06/09  Credited: 10/06/09

Celebrating 156 Years of helping our
customers succeed financially.
Sit down with a banker today for a free
financial review.
. 2008 Wells Fargo Bank, N.A. All rights
reserved. Member FDIC.

Thank you, Ansinee

## Cecilia Mendez

**From:** Cecilia Mendez
**Sent:** Tuesday, November 03, 2009 5:40 PM
**To:** 'chie palisoc'
**Subject:** FW: Rent for November

**Attachments:** 20091103131822581.pdf



2009110313182258
1.pdf (34 KB)

Hi Chie,

Per your request, I'm sending you a copy of the deposit receipt for the November's rent.

Regards,

Cecilia

Cecilia Mendez
THE MARIO JUAREZ Selling Team!
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281

-----Original Message-----
From: Cecilia Mendez
Sent: Tuesday, November 03, 2009 12:22 PM
To: Mario Juarez
Subject: Rent for November

Here are the copies for the check and deposit receipt.

Cecilia Mendez
THE MARIO JUAREZ Selling Team!
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281

-----Original Message-----
From: COPIER2 [mailto:COPIER2]
Sent: Monday, November 02, 2009 3:35 PM
To: Cecilia Mendez
Subject:

This E-mail was sent from "COPIER_2" (Aficio 2015).

Scan Date: 11.02.2009 18:34:52 (-0500)
Queries to: COPIER2

```
              Wells Fargo Bank
              Transaction Record

STORE # 00147 02              Deposit


Account Number         XXXX-XX5182
00114
Cash In                      $0.00
Number of Checks                 1

                           $3,169.80
Total Deposited            $3,169.80
Less Cash                     -$0.00
Net Deposit Amount         $3,169.80


Transaction # 031 0041
10:00AM   11/03/09 Credited: 11/03/09

Celebrating 156 Years of helping our
customers succeed financially.
Sit down with a banker today for a free
financial review.
  2008 Wells Fargo Bank, N.A. All rights
reserved. Member FDIC.



          Thank you, Ruben
```

## Cecilia Mendez

**From:** Cecilia Mendez
**Sent:** Friday, November 13, 2009 11:17 AM
**To:** 'chie palisoc'
**Subject:** RE: Fedex

    Inyoung Boyd
    8101 Tiara Cove Circle
    Las Vegas, NV

Cecilia Mendez
**THE MARIO JUAREZ** *Selling Team!*
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281

---

**From:** chie palisoc [mailto:chiepalisoc@yahoo.com]
**Sent:** Friday, November 13, 2009 11:08 AM
**To:** Cecilia Mendez
**Subject:** RE: Fedex

Cecilia:

Where was it send? What's the address?

chie

--- On **Fri, 11/13/09, Cecilia Mendez** *<ceciliam@mariojuarez.com>* wrote:

> From: Cecilia Mendez <ceciliam@mariojuarez.com>
> Subject: RE: Fedex
> To: "Mario Juarez" <mario@mariojuarez.com>, cecilia@mariojuarez.com
> Cc: "chie palisoc" <chiepalisoc@yahoo.com>, "Inyoung Boyd" <inyoung@itvinc.com>
> Date: Friday, November 13, 2009, 10:57 AM
>
> Here is the FedEx Tracking - 511650710000015
>
> Thanks,
>
> Cecilia Mendez
> **THE MARIO JUAREZ** *Selling Team!*
> 4030A International Blvd
> Oakland, California 94601
> P:510-532-1111
> F:800-706-2281

---

**From:** Mario Juarez
**Sent:** Friday, November 13, 2009 10:49 AM
**To:** cecilia@mariojuarez.com
**Cc:** chie palisoc; Inyoung Boyd
**Subject:** FW: Fedex

12/3/2009

Can you please Chie the Fedex tracking #

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mario Juarez

**THE MARIO JUAREZ Selling Team!**

4030A International Blvd
Oakland, California 94601

Tel 510-532-1111
Fax 800-706-2281

DRE# 01451647
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**From:** chie palisoc [mailto: chiepalisoc@yahoo.com ]
**Sent:** Friday, November 13, 2009 9:37 AM
**To:** Mario Juarez
**Subject:** Re: Fedex

Mario:

I have not received the Fedex yet.
Where did you send it?
Do you have a tracking #?

thanks,

chie

--- On **Wed, 11/11/09, Mario Juarez *<mario@mariojuarez.com>*** wrote:

> From: Mario Juarez <mario@mariojuarez.com>
> Subject: Fedex
> To: "chie palisoc" < chiepalisoc@yahoo.com >
> Cc: "Inyoung Boyd" <inyoung@itvinc.com>, mitchellsr@aol.com
> Date: Wednesday, November 11, 2009, 5:54 PM

Chie,

Today we placed a FedEx to you. In it includes the keys to PDS and the mailboxes. We also included some correspondence. The deposit slips are also in the box. When Jimena put that file together there was a deposit not made that was made today if not it will be made tomorrow for Boshi's. It amounts to $1700.00 and it was left on the deposit slip. We will send you the deposit receipt once I have that.

The lease draft you requested is attached to this email.

12/3/2009

Mario

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Mario Juarez

**THE MARIO JUAREZ** *Selling Team!*
4030A International Blvd
Oakland , California 94601

Tel 510-532-1111
Fax 800-706-2281

DRE# 01451647
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

12/3/2009

## Cecilia Mendez

**From:** Cecilia Mendez
**Sent:** Tuesday, December 01, 2009 7:03 PM
**To:** 'chie palisoc'
**Subject:** RE: Lease Payment

Hi Chie!

I will deposit the rent tomorrow morning. Sorry I was so busy today I didn't get a chance. I will send you a copy of the receipt once I get it.

Regards,

Cecilia

Cecilia Mendez
THE MARIO JUAREZ *Selling Team!*
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281

**From:** chie palisoc [mailto:chiepalisoc@yahoo.com]
**Sent:** Tuesday, December 01, 2009 11:36 AM
**To:** Cecilia Mendez
**Subject:** Lease Payment

Cecilia:

I am just reminding you of the lease payment for December.

thanks,

chie

12/3/2009

## Cecilia Mendez

**From:** Cecilia Mendez
**Sent:** Thursday, December 03, 2009 11:37 AM
**To:** 'chie palisoc'
**Subject:** RE: Lease Payment
**Attachments:** 20091203123259980.pdf

Hi Chie,

I'm sorry I did not make a copy of the check, but here is a copy of the deposit receipt.

Regards,

cecilia

Cecilia Mendez
THE MARIO JUAREZ *Selling Team!*
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281

---

**From:** chie palisoc [mailto:chiepalisoc@yahoo.com]
**Sent:** Thursday, December 03, 2009 11:05 AM
**To:** Cecilia Mendez
**Subject:** RE: Lease Payment

Cecilia:

Thanks for depositng the check.

Can you please e-mail me a copy of the check

thanks,

chie

--- On **Tue, 12/1/09, Cecilia Mendez** *<ceciliam@mariojuarez.com>* wrote:

> From: Cecilia Mendez <ceciliam@mariojuarez.com>
> Subject: RE: Lease Payment
> To: "chie palisoc" <chiepalisoc@yahoo.com>
> Date: Tuesday, December 1, 2009, 7:03 PM
>
> Hi Chie!
>
> I will deposit the rent tomorrow morning. Sorry I was so busy today I didn't get a chance. I will send you a copy of the receipt once I get it.
>
> Regards,
>
> Cecilia

12/3/2009

Cecilia Mendez
**THE MARIO JUAREZ** *Selling Team!*
4030A International Blvd
Oakland, California 94601
P:510-532-1111
F:800-706-2281

---

**From:** chie palisoc [mailto:chiepalisoc@yahoo.com]
**Sent:** Tuesday, December 01, 2009 11:36 AM
**To:** Cecilia Mendez
**Subject:** Lease Payment

Cecilia:

I am just reminding you of the lease payment for December.

thanks,

chie

12/3/2009

```
         Wells Fargo Bank
         Transaction Record

STORE # 00147 14            Deposit


Account Number              XXXXXX5182
 00114
Cash In                         $0.00
Number of checks                    1

                            $3,169.80
Total Deposited             $3,169.80
Less Cash                     - $0.00
Net Deposit Amount          $3,169.80


Transaction # 012 0016
09:32AM    12/03/09  Credited: 12/03/09

Celebrating 156 Years of helping our
customers succeed financially.
Sit down with a banker today for a free
financial review.
. 2009 Wells Fargo Bank, N.A. All rights
reserved. Member FDIC.



    Thank you, Frehiwot
```