Filed 09/27/10    Boyd Real Property LLC vs. Mario Juarez et al.    Case 09-30142    Doc 201

FILED
September 27, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002955510

**From:** Mitchellsr@aol.com
**To:** lewisphon@att.net
**Bcc:** inyoung.boyd@gmail.com
**Subject:** Re: Boyd Real Property LLC vs. Mario Juarez et al.
**Date:** Tue, Mar 2, 2010 5:52 pm

S. Raye Mitchell
The Making a New Reality, Inc
1300 Clay Street Suite 600
Oakland, CA 94612
510.836.2097 (ph)/ 510.380.6531 (fax)

Via Electronic Mail lewisphon@att.net

Lewis Phon
The Law Offices of Lewis Phon
4040 Hearton CT.
Antioch, CA 94509


*Re:*   *Boyd Real Property LLC vs. Mario Juarez et al*
        *Alameda County Superior Court Case No RG10500488*


*Motion for Relief From Automatic Stay*
*Creditor-Boyd Real Property LLC*
*United States Bankruptcy Court,*
*Eastern District Court Case No. 09-30142-A-13G*

Dear Mr. Phon:

   My office represents Boyd Real Property LLC, owner of the commercial property located at 4030A International Blvd and plaintiff in the above named civil action now pending in Alameda County. My office has been charged with investigating and obtaining possession of the real property now occupied by the above named defendant and Does 1-25. Boyd Real Property LLC has filed the above action as an initial effort to regain possession of its real property with an additional civil action forthcoming for fraud and civil conspiricy. The parties named in the litigation assert a right or claim of possession.

   We are also charged with investigating and prosecuting through the Alameda County District Attorney's office as appropriate any incidents of fraud, theft by larceny, obtaining possession of real property by trick, larceny or deceit, embezzlement and theft by fraud in the manner in which any parties now occupy the property. We have conducted a comprehensive investigation and discussed certain matters with the appropriate legal authorities. No criminal charges have been filed yet; however, my client is prepared to execute a criminal complaint upon conclusion of my investigation.

   I am writing in reference to your client Ms. Cecilia Mendez, aka Terracota LLC, Cecilia Melendez Olmos, and Cecilia M. Olmos. I am unclear if your client is still alleging a right of possession and on

what basis as there is no oral or written agreement between Boyd Real Property LLC and your client in any name or form of entity. In previous communications, you have alleged that there is a lease agreement between your client as Terracota LLC and Boyd Real Property, but you provide no written documents and provide no supporting facts. Your client cannot simply unilaterally create an agreement.

It appears from the facts that I have discovered, Terracota LLC formed January 1, 2009. As of January 1, 2009, the tenant in 4030A International Blvd was already in possession of the unit and there was no notice or agreement to transfer or assign tenancy to Terracota LLC. To the extent that there was an effort to transfer the tenancy to Terracota LLC it may have been part of the fraud that is being alleged in this matter. It further appears that one or more persons are using bankruptcy proceedings to defraud Boyd Real Property LLC as a creditor.

I am writing for clarification of your client's position. In a previous unlawful detainer action, your client Ms. Mendez did not file any notices with the Alameda Superior Court alleging that a lease and or alleged rental agreement as to herself or Teracota LLC was a part of the bankruptcy estate and proceedings in United States Bankruptcy Court, Eastern District Court Case No. 09-30142-A-13G. ("Mendez BK Action"). It does not appear that Terracota LLC is a party to the BK action, although Ms. Mendez identifies Terracota LLC as an alias for Ms. Mendez.

However, upon execution of a writ for possession, Ms. Mendez asserted a possessory interest in the above property and presented the Alameda County Sheriff with a copy of some documents from the Mendez BK Action. It appears problematic as Ms. Mendez had never filed such notice with the court and such omission may amount to improper abuse of the bankruptcy proceedings. I do not believe that a party may use its personal bankruptcy status and proceedings to stay enforcement of an action against another individual, i.e. Mario Juarez, or a separate legal entity such as a limited liability company, even if they are a member of the LLC.

In any event, my client is pursuing its civil and potentially criminal claims as described above. If your client is inserting herself into these proceedings or asserting a right to possession for 4030A International Blvd, Oakland, CA , we will add her as a party and/ or joint tortfeasor in a civil conspiracy. However, if your client is not asserting such interest, we will not add her as a defendant and we will not file a Motion for Relief from Automatic Stay Based on Fraud.

In an effort to avoid disturbing the Bankruptcy Court, I am seeking some form of written statement from you concerning your client's status. If in fact your client does not claim a right of possession as either Terracota LLC or as an individual, then we will ask for a stipulation in suitable form to file in this matter.

I would appreciate a written response by close of business **Thursday March 4, 2010** via email. If I hear nothing further or your client does claim a right of possession, I will forthwith file a motion in the United States Bankruptcy Court Case No. 09-30142-A-13 G. I will also schedule your client's deposition to discover her facts supporting her claims of a right of possession. If your client renounces a claim of possession, we can prepare a stipulation and appropriate documentation to file in this matter.


Regards,

S. Raye Mitchell, Esq.
Attorney for Boyd Real Property LLC