# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Cecilia Mendez | **Case No :** | 09-30142 - D - 11 |
| | | **Date :** | 9-29-10 |
| | | **Time :** | 10:00 |

| | |
|---|---|
| **Matter :** | [160] - Disclosure Statement [LP-9] Filed by Debtor Cecilia Mendez (kwis) |
| **Judge :** | Robert S. Bardwil |
| **Courtroom Deputy :** | Nancy Williams |
| **Reporter :** | Diamond Reporters |
| **Department :** | D |

**APPEARANCES for :**
**Movant(s) :**
  Debtor(s) Attorney - Lewis Phon
**Respondent(s) :**
(by phone)  Creditor's Attorney - Hieu Pham, S. Raye Mitchell

HEARING was :
Approved

Plan confirmation to be heard on 12-15-1- at 1:00 p.m.