

S. R. Mitchell (SBN 172664)
**Attorney at Law**
**The Making a New Reality, Inc**
1300 Clay Street Suite 600
Oakland, CA 94612
510.836.2097 (ph)/510.380.6531 (fax)
raye@ichope2.com
**Attorney for Boyd Real Property LLC and Inyoung Boyd**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re<br><br>**CECILIA MENDEZ**<br><br>    Debetor(s),<br><br>BOYD REAL PROPERTY LLC, a California limited liability company, INYOUNG BOYD, an individual,<br><br>    Movant(s)<br><br>vs.<br><br>CECILIA MENDEZ, Debtor<br>    Respondent(s) | Civil Case No.: 09-30142<br><br>Chapter 11<br><br>D.C. No. SRM-3<br><br>Notice of Hearing on Motion for Relief from Automatic Stay on Order Shortening Time.<br><br>LBR 4001-1 and 9014-1(f)(2)<br><br>Date:    October 13, 2010<br>Time:    10:00 a.m.<br>Judge:   Hon. Robert S. Bardwell<br><br>Ctrm:    34<br>501 "I" Street Room 7-500<br>Sacramento, CA 95814 |

TO THE RESPONDENTS NAMED ABOVE:

PLEASE TAKE NOTICE that a hearing regarding the Motion for Relief From Automatic Stay brought by Boyd real Property, LLC, a California limited liability company, and Inyound Boyd, an individual, ("Movants") will be heard in the above-captioned court located at

---

1                                                  1300 Clay Street Suite 600, Oakland, CA 94612

501 "I" Street, room 7-500, Sacramento, CA 95814, on **October 13, 2010** at **10:00 a.m**. pursuant to Movants' request in open Court on September 29, 2010 for an Order Shortening Time for Hearing and granted thereon. This Motion is based on the Notice of Motion, Motion for Relief from Automatic Stay, Objections to Disclosure Statement and Plan filed September 15, 2010, Respondent's Declaration filed on September 22, 2010, Movants' Supplemental Objections and Supporting Evidence filed on September 27, 2010, and on such further evidence and oral argument as may be presented to the Court by Movants at the hearing.

Dated: October 4, 2010                     S. Raye Mitchell


                                           /s/  S. Raye Mitchell (SBN 172664)

                                           S. Raye Mitchell
                                           Attorney for Boyd Real Property LLC
                                            and Inyoung Boyd

2                                          1300 Clay Street Suite 600 Oakland, CA 94612