Filed 10/04/10　　Case 09-30142　　Doc 206

FILED
October 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002975598

S. R. Mitchell (SBN 172664)
Attorney at Law
The Making a New Reality, Inc
1300 Clay Street Suite 600
Oakland, CA 94612
510.836.2097 (ph)/510.380.6531 (fax)
raye@ichope2.com
Attorney for Boyd Real Property LLC and Inyoung Boyd

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CECILIA MENDEZ<br><br>　　　　Debetor(s), | Civil Case No.: 09-30142<br><br>Chapter 11 |
| BOYD REAL PROPERTY LLC, a California limited liability company, INYOUNG BOYD, an individual,<br><br>　　　　Movant(s)<br><br>vs.<br><br>CECILIA MENDEZ, Debtor<br>　　　Respondent(s) | D.C. No. SRM-3<br><br>Declaration of S. Raye Mitchell in Support of Motion for Relief from Automatic Stay on Order Shortening Time.<br><br>LBR 4001-1 and 9014-1(f)(2)<br><br>Date:　October 13, 2010<br>Time:　10:00 a.m.<br>Judge:　Hon. Robert S. Bardwell<br><br>Ctrm:　　34<br>501 "I" Street Room 7-500<br>Sacramento, CA 95814 |

I, S. Raye Mitchell, declare as follows:

---

1　　　　　　　　　　　　1300 Clay Street Suite 600, Oakland, CA 94612

1. I am an attorney licensed to practice in all courts in the State of California and the United States District Court, Northern California. If called as a witness, I can testify to the following facts based on personal knowledge:

**2.** Attached as an **Exhibit A** is a true and correct copy of an email to Lewis Phon dated October 3, 2010 seeking a Stipulation to Relief from Automatic Stay. Mr. Phon declined to stipulate despite the fact that his client is in possession of the property, does not pay rent and refuses to leave.

3. Attached as **Exhibit B** is a true and correct copy of the Judgment for Restitution of Premises at 4030A International Blvd Oakland, CA 94601 and the Order Quashing Writ Possession dated July 9, 2010 referencing Debtor Cecilia Mendez.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed the date below in Oakland, CA.

Dated; October 4, 2010

                             By: /s/ S. Raye Mitchell
                             S. Raye Mitchell