FILED
October 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002975597

Attorney at Law
Attn: Mitchell, S. Raye
1300 Clay Street,
Suite 600
Oakland, CA   94612

## Superior Court of California, County of Alameda
### Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| **Boyd Real Property** <br> Plaintiff/Petitioner(s) <br> VS. <br> **Fireside California Group, Inc** <br> Defendant/Respondent(s) <br> (Abbreviated Title) | No. RG10500488 <br><br> UD Judgment for restitution of premises only, <br> Pursuant to Section 1169 CCP |

The plaintiff(s) request that judgment for restitution of premises only be entered
against the defendant(s) hereinafter named:
   Fireside California Group, Inc
   Mario Juarez Selling Team

Said defendant(s) having been served with summons and copy of complaint, and having
failed to appear and answer the complaint within the time allowed by law, and default of
said defendant(s) having been entered at the request of plaintiff(s):
   Boyd Real Property

Judgment for restitution of premises only is hereby entered and that plaintiff(s)
recover from defendant(s):
   Fireside California Group, Inc
   Mario Juarez Selling Team

the restitution and possession of the premises
situated in Oakland, County of Alameda, State of California, described as follows:

   4030A International Blvd.,

And the lease or agreement under which said defendant(s) holds said premises is
declared forfeited.

   This judgment was entered on     07/01/2010

              Executive Officer / Clerk of the Superior Court

   By  _____
                                    Deputy Clerk

**FILED**
ALAMEDA COUNTY

JUL - 9 2010

CLERK OF THE SUPERIOR COURT
By Vicki Daybell

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| BOYD REAL PROPERTY, LLC,<br><br>                    Plaintiff,<br><br>vs.<br><br>FIRESIDE CALIFORNIA GROUP,<br>INC., MARIO JUAREZ, an Individual,<br>AMERICAN FIRST FINANCIAL<br>CORP., a California corporation,<br>THE MARIO JUAREZ SELLING<br>TEAM (form of entity unknown) and<br>DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. RG10-500488<br>Sheriff's File No. 10-7135<br>ORDER QUASHING WRIT OF<br>POSSESSION |

This matter came before the court EX-PARTE today for motion for stay.

Appearing for Plaintiff, Boyd Real Property, LLC, was S. Rae Mitchell, Esq. and appearing for dismissed defendant, Mario Juarez, was Erika Jordening, Esq.

The matter was argued and submitted.

It appearing to the Court that Terracotta LLC is an occupant of the real property that is the subject of this unlawful detainer and that the sole shareholder of Terracotta

1

(37)

Filed 10/04/10     Case 09-30142     Doc 207

LLC, Cecilia Mendez, may be a holdover tenant on a month to month basis after expiration of a term lease.

It further appearing to the court that Cecilia Mendez is the Debtor in a Bankruptcy proceeding in the Eastern District of California with the case file number of 2009-30142.

It further appearing to the court that Plaintiff has obtained a Writ of possession that will have the effect of dispossessing the bankrupt Debtor Cecilia Mendez individually and/or her business, Terracotta LLC from the premises described in this Unlawful Detainer.

It further appears to the court that relief from the Bankruptcy Stay has not been Ordered by the Bankruptcy Court.

Because of the above cited facts, the Writ of Possession in this matter is QUASHED, and Plaintiff and his counsel are ordered to refrain from seeking or obtaining any writ in this matter 1) without further Order of <u>this</u> court, and 2) without having either received an Order granting relief from stay from the Bankruptcy Court or a notice of dismissal of the Bankruptcy Petition

Dated: July 9, 2010

_Frank Roesch_
Frank Roesch
Judge of the Superior Court

