FILED
October 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002975594

**From:** Raye Mitchell <mitchellsr@aol.com>
**To:** lewisphon@att.net
**Subject:** Re: Stipulation for Order for Relief from Automatic Stay
**Date:** Sun, Oct 3, 2010 3:47 pm

Mr. Phon:

As you are aware, the Court indicated that it will grant the motion of Boyd Real Property and Inyoung Boyd for relief from automatic stay as we all agree that Ms. Mendez is not a debtor of BRP or Inyoung Boyd. The Court further expressed concern that there is no "gamesmenship" and improper use of Ms. Mendez's BK action as a sword and a shield. The Court has both your declaration and the declarations of your client in rendering these comments. The declarations have caused undue expense for my clients which can be recaptured through a number of means in the various litigations.

Furthermore, as you are aware, there is a provision for attorney fees in application for motions for relief from stay. My clients will seek all appropriate fees based on the declarations and actions of your client. However, in an effort to avoid the fees, I am writing seeking a Stipulation to Relief from Automatic.
Please advise by noon Monday October 4, 2010 as to your position. If agreed, I will prepare the stipulation. If I hear noting from you, I will file the Motion as permitted and I will seek fees. This request for a stipulation will be presented to the court.


Raye Mitchell
Game Changers are Always Breaking the Rules for Good.
Please consider all communications in this email private and confidential.