

```
1   S. R. Mitchell (SBN 172664)
    Attorney at Law
2   The Making a New Reality, Inc
    1300 Clay Street Suite 600
3   Oakland, CA 94612
    510.836.2097 (ph)/510.380.6531 (fax)
4   raye@ichope2.com
5   Attorney for Boyd Real Property LLC and Inyoung Boyd
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re<br><br>**CECILIA MENDEZ**<br><br>   Debetor(s),<br><br>BOYD REAL PROPERTY LLC, a California limited liability company, INYOUNG BOYD, an individual,<br><br>   Movant(s)<br><br>vs.<br><br>CECILIA MENDEZ, Debtor<br>   Respondent(s) | Civil Case No.: 09-30142<br><br>Chapter 11<br><br>D.C. No. SRM-4<br><br>Application for Order Shortening Time on Motion for Order for Relief From Automatic Stay.<br>LBR 9014 (f)(3)<br><br>Requested Date:    October 13, 2010<br>Requested Time:    10:00 a.m.<br>Judge:    Hon. Robert S. Bardwell<br><br>Ctrm:    34<br>501 "I" Street Room 7-500<br>Sacramento, CA 95814 |
|---|---|

TO THE HONORABLE JUDGE OF THE UNITED STATES BANKRUPTCY COURT:

   Boyd Real Property, LLC, a California limited liability company, and Inyound Boyd, an individual, ("Movants") by and through its counsel, respectfully seeks an Order Shortening Time for notice on the below motion based on the request of Movants' counsel in open Court on September 29, 2010 and so granted subject to filing this application:

1. TITLE OF MOTION: Motion for Order for Relief From Automatic Stay.

2. RELIEF SOUGHT BY MOTION: Order Terminating the automatic stay of 11 USC § 362, as it applies to Alameda County Superior Court Case No RG10500488 ("State Case") and Terminating the automatic stay of 11 USC § 362, as it applies to USDC Case No. C10-04207 THE ("Federal Case")

3. REASON FOR REQUEST: To terminate the automatic stay to enable the Movants to complete execution of the Writ of Possession for the real property located at 4030A International Blvd Oakland, CA in the State Case from all occupants including Debtor Cecilia Mendez and to name Debtor Cecilia Mendez as a defendant in the Federal Case if it is deemed that she is an indispensable defendants in the matter.

4. DATE REQUESTED: October 13, 2010 at 10:00 a.m., in Sacramento, CA.

WHEREFORE, Movants request that this Court enter its Order as follows:

1. That this Application be granted.

2. That the time for notice on the Motion be shortened so that it may be heard on October 13, 2010 at 10:00 a.m. in Sacramento.

3. That the notice of this application and the request in open court on September 29, 2010 shall satisfy the notice requirements upon Debtor and her counsel.

4. For such other relief as is just and proper.

Dated: October 5, 2010                    S. Raye Mitchell

/s/ S. Raye Mitchell (SBN 172664)

S. Raye Mitchell
Attorney for Boyd Real Property LLC
and Inyoung Boyd