Filed 10/14/10    Case 09-30142    Doc 218

2009-30142
FILED
October 14, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002997300

S. R. Mitchell (SBN 172664)
Attorney at Law
The Making a New Reality, Inc
1300 Clay Street Suite 600
Oakland, CA 94612
510.836.2097 (ph)/510.380.6531 (fax)
raye@ichope2.com
Attorney for Boyd Real Property LLC and Inyoung Boyd

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re<br><br>CECILIA MENDEZ<br><br>        Debetor(s), | Civil Case No.: 09-30142<br><br>Chapter 11<br><br>D.C. No. SRM-3 |
|---|---|
| BOYD REAL PROPERTY LLC, a California limited liability company, INYOUNG BOYD, an individual,<br><br>        Movant(s)<br><br>vs.<br><br>CECILIA MENDEZ, Debtor<br>        Respondent(s) | [PROPOSED] Order on Movants' Motion for Order for Relief From Automatic Stay.<br>LBR 9014 (f)(3)<br><br>Requested Date:    October 13, 2010<br>Requested Time:    10:00 a.m.<br>Judge:    Hon. Robert S. Bardwell<br><br>Ctrm:    34<br>501 "I" Street Room 7-500<br>Sacramento, CA 95814 |

MOVANTS' Motion for Relief from Automatic Stay came on for hearing on October 13, 2010 on an Order Shortening Time.

Counsel for Debtor Cecilia Mendez, Lewis Phon appeared and Counsel for Movants, S. Raye Mitchell appeared.

RECEIVED
October 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002997300

Motion for Relief form Stay        1300 Clay Street Suite 600 Oakland, CA 94612

GOOD CAUSE APPEARING, Movants' Motion for Relief from Automatic Stay by Movants is GRANTED as follows:

    a)    Boyd Real Property and Inyoung Boyd are granted relief from automatic stay as to the matter of Alameda County Superior Court Case No. *Boyd Real Property vs. Fireside California Group, et al Case No*. RG10500488 for the purposes of enforcement of the Judgment for Restitution of Premises only.

    b)    No further relief is granted and Movants must file and notice any claims for personal liability of Debtor Cecilia Mendez and seek further orders for relief from stay if Movants desire to name Cecilia Mendez as a defendant in the matter of **Boyd Real Property vs. Mario Juarez, et al, The Unites States District Court, Northern District, C10-03142 THE.**

IT IS HEREBY ORDERED:

1.    The automatic stay of 11 USC § 362, as it applies to Alameda County Superior Court Case No RG10500488 is terminated.

2.    That the 14-day stay described by Bankruptcy Rule 4001 (a)(3) be waived; and

4.    There is no recovery of attorney fees by Movants.

Dated: October 14, 2010

*[signature]*
Robert S. Bardwil, Judge
United States Bankruptcy Court

2 [Proposed] Order Motion for Relief form Stay    1300 Clay Street Suite 600 Oakland, CA 94612